

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00268-CV

**IN THE INTEREST OF C.C.O.**, a Child

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-23-0000031
Honorable M. Patrick Maguire, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs shall be assessed against appellant because he is indigent.

SIGNED November 27, 2024.

_____
Rebeca C. Martinez, Chief Justice